Appellant.— Judgment of the Court of Special Sessions affirmed. No opinion. Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ., concur.

In the Matter of the Application of HUGH H. McKEEGAN, Petitioner, for a Certiorari Order against RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Determination confirmed, with fifty dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

WILLIAM ROSENSTEIN, Appellant, v. MORRIS SALZMAN, Respondent.— Judgment and order of the County Court of Kings county reversed upon the law, and a new trial granted, with costs to abide the event. We are of opinion that the evidence presents a question of fact which should have been submitted to the jury. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

PARKER T. SIMMONS, Respondent, v. JOHN H. ROUDEBUSH, Appellant, Impleaded with Another, Defendant.— Order modified so as to provide that the default be opened as to the defendant, appellant, upon condition that he pay to the plaintiff the sum of $250 costs and disbursements, and that the appellant file an undertaking by a surety company, to be approved by a justice of this court, in the sum of $1,750, conditioned that he will pay to the plaintiff any judgment which plaintiff may eventually recover against him; and as so modified, the order is affirmed, without costs. Kelly, P. J., Rich, Kelby, Young and Kapper, JJ., concur. Settle order on notice.

MARY SKELLY, Appellant, v. MANHATTAN-PLUMB BEACH AUTO STAGE Co., INC., Respondent.— Order granting motion to set aside verdict unless plaintiff stipulate to reduce it to $1,500 unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

ANNA SYROP, Respondent, v. HARRY SYROP, Appellant.— Order reversed on the law, without costs, and motion denied, without costs, with leave to plaintiff to renew the motion upon sufficient papers. There is no proof of the earning capacity of defendant, and the statement in the answering affidavit of defendant that plaintiff has means of her own, and a vocation of her own, is not denied by her. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

WILLIAM H. WARREN, Respondent, v. JOHN R. ARMSTRONG, Appellant. (Appeal No. 1.) — Order reversed on the law and the facts, with ten dollars costs and disbursements to the appellant to abide the event, and motion for summary judgment denied, with ten dollars costs. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

WILLIAM H. WARREN, Respondent, v. JOHN R. ARMSTRONG, Appellant. (Appeal No. 2.) — Order denying motion to open default and serve amended answer reversed on the law and the facts, with ten dollars costs and disbursements to the appellant to abide the event, and motion granted, and defendant permitted to serve amended answer within ten days upon payment of ten dollars costs to the plaintiff. No opinion. Kelly, P. J., Rich, Manning and Young, JJ., concur; Kelby, J., dissents upon the ground that the papers do not show sufficient merit in the defense.